UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**

September 15, 2011

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:11MJ00289-GGH-1 |
| ) | |
| Plaintiff, ) | ORDER FOR RELEASE OF |
| v. ) | PERSON IN CUSTODY |
| ) | |
| BRYAN SMITH, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  BRYAN SMITH , Case No.  2:11MJ00289-

GGH-1  , Charge  21USC § 846, 841(a)(1)  , from custody subject to the conditions contained in

the attached "Notice to Defendant Being Released" and for the following reasons:

___      Release on Personal Recognizance

___      Bail Posted in the Sum of $_____

___      Unsecured Appearance Bond

___      Appearance Bond with 10% Deposit

___      Appearance Bond with Surety

___      Corporate Surety Bail Bond

✔      (Other)          Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the

attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  September 15, 2011  at  2:00 p.m.  .

By   /s/ Gregory G. Hollows

Gregory G. Hollows
United States Magistrate Judge

Copy 5 - Court